


Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
**UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

FILED JS
COURT CLERK
WESTERN DISTRICT OF KY
19 DEC 17 PM 1:22

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

Lawrence Wright

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:19-CV-917-RGJ
(To be supplied by the clerk)

California Square I Apartments Corporation

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

**I. PARTIES**

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: NA

Place of Confinement: ______

Address: ______

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: ______

Place of Confinement: ______

Address: ____________________

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: ____________________

Place of Confinement: ____________________

Address: ____________________

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Ms. Lee Lee is employed as Property Management at California Square 1 Apartments.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant California Square 1 Apartments Corporation is employed as Full Ownership at California Square Apartment Corporation

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant ____________________ is employed as ____________ at ____________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant ____________________ is employed as ____________ at ____________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant ______________________________ is employed

as ______________________ at ______________________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ______________________

______________________

Defendant(s): ______________________

______________________

Court (if federal court, name the district. If state court, name the county):

______________________________________________

Docket number: ______________________________

Name of judge to whom the case was assigned: ______________________

Type of case (for example, habeas corpus or civil rights action):______________

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

______________________________________________

Approximate date of filing lawsuit: ______________________

Approximate date of disposition: ______________________

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I Lawrence Wright was a resident at California Square I apartments for a couple years me and my girl friend Michelle Mullikin. For those years we were very respectful and dependable residents. But one day this other resident walked around drunk all day decieded to pull a gun on me for no reason at all. The incied is on video, not only that he was cussing in a very disrespectful manner, when he pointed the gun at me. I really feared for my life, I thought this intoxicated guy was going to shoot me for no reason. I went to inform the property manager and she didn't belive me, and was being very disrespectful towards me and my girl friend. The other incident was me and my girl friend was walking out the front door and he act like he was ready to pull the gun on me again for no reason, this is mins, after he just pulled the gun on me.

**III. STATEMENT OF CLAIM(S) continued**

Ms. Lee Lee didn't believe me and my girl friend So we called the polie again. This other resident that lives in the apartment is associate with the resident that pulled a gun on me, She is a drunk that was also involved with us leaving this apartment complex. Me and my girlfriend lived in fear for our life, before we was able to move, days later this resident is still walking harassing and intimidate us every time we seen him. Ms. Lee Lee is unprofessional She doesn't do inspections right the residents at the apartment complex are drunks and dope fiens, and the apartment complex is nasty and stinkys.

Me and my girlfriend was forced to move because we feared for our life it was very scary, and stressful.

California Square I apartment complex corporation violated I Lawrence Wright and Michelle Mulliken Constitution Rights. Somebody needs to a thorough investigation on that apartment complex. And California Square I apartments needs to be up under new managment.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 20 Million

✓ grant injunctive relief by 15 million

✓ award punitive damages in the amount of $ 5 Million

_____ other: ______________________________

## V. DECLARATION UNDER PENALTY OF PERJURY (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of ____________________, 20__.

______________________________
(Signature of Plaintiff)

______________________________
(Signature of additional Plaintiff)

______________________________
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on ______________________.

______________________________
(Signature)