UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LAWRENCE WRIGHT                                                                Plaintiff

v.                                                           Civil Action No. 3:19-cv-917-RGJ

CALIFORNIA SQUARE 1 APARTMENTS CORP.                          Defendant

* * * * *

## ORDER

For the reasons set forth in the Memorandum Opinion and Order entered this date, and being otherwise sufficiently advised,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

There being no just reason for delay, this is a **final** Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:


cc:     Plaintiff, *pro se*
        Defendant
A961.009